JAP:JRL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

ROGER DURAN,

        Defendant.

- - - - - - - - - - - - - - - - -X

S U P P L E M E N T A L
A F F I D A V I T

(21 U.S.C. §§ 952(a) and 960)

12-M-654

EASTERN DISTRICT OF NEW YORK, SS:

      CHRISTOPHER McKELVY, being duly sworn, deposes and states that he is a Special Agent of the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), duly appointed according to law and acting as such. This affidavit is submitted to supplement the complaint filed in this matter on July 10, 2012.

      Commencing on or about July 10, 2012, the defendant ROGER DURAN passed a total of 75 pellets with a total gross weight of approximately 1,084.0 grams of cocaine.

WHEREFORE, your deponent respectfully requests that the defendant ROGER DURAN be dealt with according to law.

*Christopher McKelvy*
Special Agent
U.S. Department of Homeland Security
Homeland Security Investigations

Sworn to before me this
13th day of July, 2012

H
U1
E/